IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ZIMMER BIOMET HOLDINGS, INC. FEDERAL DERIVATIVE LITIGATION | No.: 1:19-cv-01855-LPS |

**[PROPOSED] STIPULATED ORDER STAYING ALL PROCEEDINGS**

WHEREAS, on October 29, 2019, this Court ordered the consolidation of Plaintiff Alex DiGaudio's and Plaintiff Howard Karp's verified stockholder derivative complaints that were previously filed in this Court (*see* D.I. 3);

WHEREAS, on September 14, 2020, Plaintiffs Alex DiGaudio and Howard Karp (the "Lead Plaintiffs") filed an Amended Verified Stockholder Derivative Complaint (the "Amended Complaint") alleging claims on behalf of nominal defendant Zimmer Biomet Holdings, Inc. ("Zimmer") against David C. Dvorak, Daniel P. Florin, Tony W. Collins, Larry Glasscock, Christopher B. Begley, Betsy J. Bernard, Paul M. Bisaro, Gail K. Boudreaux, Michael J. Farrell, Robert A. Hagemann, Arthur J. Higgins, Michael W. Michelson, Cecil B. Pickett, Jeffrey K. Rhodes, KKR Biomet LLC, TPG Partners IV, L.P., TPG Partners V, L.P., TPG FOF V-A, L.P., TPG FOF V-B, L.P., TPG LVB Co-Invest LLC, TPG LVB Co-Invest II LLC (collectively, the "Defendants");

WHEREAS, this Action is related to a shareholder securities class action in the U.S. District Court for the Northern District of Indiana, captioned *Shah et al. v. Zimmer Biomet Holdings, Inc., et al.*, No 3:16-cv-00815-PPS-MGG, which has recently settled, and a consolidated shareholder derivative action pending in the Delaware Court of Chancery, captioned *In re Zimmer*

1

*Biomet Holdings, Inc. Derivative Litigation*, Consol. C.A. No. 2019-0455-AGB (the "State Derivative Action");

WHEREAS, on September 14, 2020, the Defendants filed motions to dismiss the State Derivative Action pursuant to Court of Chancery Rules 23.1 and 12(b)(6);

WHEREAS, Lead Plaintiffs and Defendants have agreed to a stay of all proceedings in this Action pending a final decision of the motions to dismiss in the State Derivative Action;

WHEREAS, both parties agree that they reserve all rights concerning the implications with respect to this Action of the ruling in the State Derivative Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. This Action is STAYED pending a final decision of the motions to dismiss in the State Derivative Action.

2. Following a final decision of the motions to dismiss in the State Derivative Action, Lead Plaintiffs and Defendants will have twenty (20) days to notify the Court of the final decision and propose a scheduling order governing further proceedings in this Action.

Dated: October 8, 2020

OF COUNSEL:

Troy S. Brown
Laura Hughes McNally
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

/s/ Jody C. Barillare
Jody C. Barillare (#5107)
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street
Suite 2201
Wilmington, DE 19801
(302) 574-3000

*Attorneys for Defendants Zimmer Biomet Holdings, Inc., Christopher B. Begley, Betsy J. Bernard, Paul M. Bisaro, Gail K. Boudreaux, Tony W. Collins, David C. Dvorak, Michael J.*

2

*Farrell, Daniel P. Florin, Larry Glasscock, Robert A. Hagemann, Arthur J. Higgins, and Ceci B. Pickett, Ph.D.*

*/s/ William M. Lafferty*

OF COUNSEL:

Peter E. Kazanoff
Sara A. Ricciardi
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

*Attorneys for Defendants Michael W. Michelson and KKR Biomet, LLC*

Daniel V. McCaughey
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

*Attorneys for Defendants Jeffrey K Rhodes, TPG Partners IV, L.P., TPG Partners V, L.P., TPG FOF V-A, L.P., TPG FOF V-B, L.P., TPG LVB Co-Invest LLC, and TPG LVB Co-Invest II LLC*

William M. Lafferty (#2755)
Ryan D. Stottmann (#5237)
Sabrina M. Hendershot (#6286)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Defendants Michael W. Michelson, KKR Biomet, LLC, Jeffrey K. Rhodes, TPG Partners IV, L.P., TPG Partners V, L.P., TPG FOF V-A, L.P., TPG FOF V-B, L.P., TPG LVB Co-Invest LLC, and TPG LVB Co-Invest II LLC*

*Attorneys for Defendants Jeffrey K Rhodes, TPG Partners IV, L.P., TPG Partners V, L.P., TPG FOF V-A L.P., TPG FOF V-B, L.P., TPG LVB Co-Invest LLC, and TPG LVB Co-Invest II LLC*

Lee Squitieri
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
(212) 421-6492

James S. Notis
Meagan A. Farmer
GARDY & NOTIS, LLP
126 East 56th Street, 8th Floor
New York, New York 10022

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
COOCH AND TAYLOR
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, Delaware 19801
(302) 984-3800

*Delaware Liaison Counsel for Plaintiffs*

3

(212) 905 0509

*Lead Counsel for Plaintiffs*

   IT IS SO ORDERED this _____ day of _____, 2020.


              _____
              Judge Leonard P. Stark