# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ZIMMER BIOMET HOLDINGS, INC. FEDERAL DERIVATIVE LITIGATION | No.: 1:19-cv-1855-VAC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT plaintiffs Alex DiGaudio and Howard Karp hereby voluntarily dismiss the above-captioned action without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), and with all parties to bear their own fees and costs. No defendant in this action has served an answer or motion for summary judgment.

Dated: June 24, 2022

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
(302) 984-3800

**SQUITIERI & FEARON, LLP**
Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007
(212) 421-6492

**GARDY & NOTIS, LLP**
James S. Notis
Meagan A. Farmer
126 East 56th Street, 8th Floor
New York, New York 10022
(212) 905 0509

*Counsel for Plaintiffs*